**No. 43725.** —Protests 818350–G, etc., of Samuel S. Perry et al. (Los Angeles).

Opinion by KINCHELOE, J. It was stipulated that the merchandise consists of cocoa fiber mats similar to those passed upon in *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93. The claim at 90 percent under paragraph 1529(a) was therefore sustained.

**No. 43726.**—Protests 968950–G, etc., of M. Pressner & Co. (New York).

Opinion by DALLINGER, J. From the evidence it was found that the merchandise consists of pencil sharpeners similar to those involved in Abstract 41633. The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 43727.**—Protests 984586–G, etc., of American Merchandise Co., Inc., et al. (New York).

Opinion by DALLINGER, J. From the evidence it was found that the merchandise consists of pencil sharpeners similar to those involved in Abstract 41633. The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 43728.**—Protest 929465–G of M. Zwiebel, Inc. (New York).

Opinion by DALLINGER, J. From the evidence it was found that the merchandise consists of pencil sharpeners similar to those involved in Abstract 41633. The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 43729.**—Protests 918756–G, etc., of Wm. Shaland (New York).

Opinion by DALLINGER, J. On the record presented pencil sharpeners, paperweights, needle threaders, and dime savings banks were held dutiable as household utensils or hollow ware at 40 percent under paragraph 339 as claimed.

**No. 43730.**—Protests 935864–G, etc., of Greenberg & Josefsberg (New York).

Opinion by DALLINGER, J. On the record presented pencil sharpeners similar to those the subject of Abstract 41633 and oilcans like those passed upon in Abstract 40863 were held dutiable as household utensils or hollow ware at 40 percent under paragraph 339 as claimed. Protests sustained in part.